## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| HARMONY KEITH, | ) | 3:15-cv-00292-LRH-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 14, 2015 |
| | ) | |
| AMERICAN FAMILY MUTUAL INSURANCE | ) | |
| COMPANY, dba AMERICAN FAMILY | ) | |
| INSURANCE, and BYRON NUTHALL, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Request for Exemption For Insurance Carrier to Attend Early Neutral Evaluation Session. (ECF No. 47.)  Defendants request that American Family Insurance's representative Steven Struck be permitted to attend the December 16, 2015 Early Neutral Evaluation (ENE) telephonically.  Defendants state Mr. Struck had already incurred travel expenses to Reno for the November 3, 2015 ENE which was vacated due to Plaintiff's inability to attend and therefore seeks to avoid incurring the additional expense of traveling to Reno a second time. (*Id.*, at 2.)

With good cause appearing, Defendant's request (ECF No. 47) is **GRANTED.**  Defendants shall contact the courtroom deputy, Katie Ogden (775-686-5758), no later than **2:00 p.m.** on **Tuesday, December 15, 2015**, to advise her of the phone number where Mr. Struck may be reached at the time of the ENE.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____

Deputy Clerk