1
2
3
4
5
6
7  **UNITED STATES DISTRICT COURT**
8  **DISTRICT OF NEVADA, NORTHERN DIVISION**
9  ***

10 | HARMONY KEITH, | CASE NO. 3:15-CV-0292-LRH-VPC
11 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
12 | vs. |
13 | BYRON NUTHALL, and AMERICAN FAMILY MUTUAL INSURANCE COMPANY d/b/a/ AMERICAN FAMILY INSURANCE, |
14 |  |
15 |  |
16 | Defendants. |

17  IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and
18 their respective counsel of record, and upon the representation having been made that all claims
19 have been settled.
20 …
21 …
22 …
23 …
24 …
25 …
26 …
27 …
28 …

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

| | |
|---|---|
| DATED this 7th day of January, 2016. | DATED this 7th day of January, 2016. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | LAW OFFICE OF TORY D. ALLEN |
| /s/ *Robert W. Freeman* | /s/ *Tory D. Allen* |
| Robert W. Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>Danielle C. Miller, Esq.<br>Nevada Bar No. 9127<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendants*<br>*Byron Nuthall and*<br>*American Family Mutual Insurance Company* | Tory D. Allen, Esq.<br>Nevada Bar No. 12680<br>6715 Lakeside Drive, Suite A<br>Reno, Nevada 89509<br>*Attorney for Plaintiff*<br>*Harmony Keith* |

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of January, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE